IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDY GAMEL-MEDLER ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | Case No. CIV-17-830-HE |
| ) | |
| JONITA PAULS a/k/a ) | |
| JONITA JACKS, ) | |
| JOEL PAULS, ) | |
| RENITA PAULS, ) | |
| MERADITH NORRIS, ) | |
| RICK EDSALL, ) | |
| KENNY MEIER, ) | |
| TONY ALMAGUER, individually ) | |
| and in his capacity as Sheriff ) | |
| of Blaine County, ) | |
| DAVID ROBERTSON, individually ) | |
| and in his capacity as ) | |
| Undersheriff of Blaine County ) | |
| ) | |
| DEFENDANTS. ) | |

## DEFENDANT EDSALL'S
## NOTICE OF SUBPOENAS DUCES TECUM

COMES NOW, Defendant Rick Edsall, by and through his attorneys of record and pursuant to the provisions of Rule 45 of Federal Rules of Civil Procedure for the United States District Court, hereby gives notice that Defendant Edsall has caused to be issued the following subpoenas, copies of which are attached hereto as Exhibits 1 through 5. No testimony will be taken, and the entity

to whom the subpoena is directed is being ordered only to produce documents, files and other materials for inspection and/or copying:

| **Exhibit** | **Name and Address** | **Date/Time/Place** |
|---|---|---|
| 1 | Watonga Fire Department<br>PO Box 515<br>Watonga, OK 73772 | April 13th – 5:00 pm<br>Shelton Walkley Mackey<br>7701 S. Western Ave., Ste. 201<br>Oklahoma City, OK  73139 |
| 2 | Okeene Fire Department<br>118 West Madison<br>Okeene, OK  73763 | April 13th – 5:00 pm<br>Shelton Walkley Mackey<br>7701 S. Western Ave., Ste. 201<br>Oklahoma City, OK  73139 |
| 3 | Loyal Fire Department<br>Loyal Fire Department<br>PO Box 30<br>Loyal, OK 73756 | April 13th – 5:00 pm<br>Shelton Walkley Mackey<br>7701 S. Western Ave., Ste. 201<br>Oklahoma City, OK  73139 |
| 4 | Okeene EMS<br>114 West Madison<br>Okeene, OK  73763 | April 13th – 5:00 pm<br>Shelton Walkley Mackey<br>7701 S. Western Ave., Ste. 201<br>Oklahoma City, OK  73139 |
| 5 | Oklahoma State Fire Marshall<br>2401 NW 23rd St., Ste. 4<br>Oklahoma City, OK  73107 | April 13th – 5:00 pm<br>Shelton Walkley Mackey<br>7701 S. Western Ave., Ste. 201<br>Oklahoma City, OK  73139 |

Respectfully submitted,

/s/ Erica R. Mackey
Douglas J. Shelton, OBA No. 8159
Erica R. Mackey, OBA No. 32057
dshelton@sheltonlawok.com
emackey@sheltonlawok.com
Shelton Walkley Mackey
7701 S. Western Ave., Suite 201
Oklahoma City, OK 73139
(405) 605-8800 - office
(405) 601-0677 - facsimile
*Attorney for Defendant,*
*RICK EDSALL*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 19, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Chris Collins
Jamison C. Whitson
COLLINS, ZORN, & WAGNER, P.C.
429 N.E. 50th, Second Floor
Oklahoma City, OK 73105
Telephone: 405-524-2070
Facsimile: 405-524-2078
cjc@czwlaw.com
jcw@czwlaw.com
Attorneys for Defendants Almaguer and Robertson

Mark Hammons
Amber Hurst
325 Dean A. McGee Avenue
Oklahoma City, OK 73102
Telephone: 405-235-6100
Facsimile: 405-235-6111
cheri@hammonslaw.com
amber@hammonslaw.com
Counsel for Plaintiff

Stephen Jones
JONES, OTJEN, DAVIS & BOND
214-A North Independence
P.O. Box 472
Enid, OK 73702
Telephone 580-242-5500
Facsimile: 580-242-4556
sjones@stephenjoneslaw.com
Counsel for Defendants Pauls, Pauls, Pauls, Norris, Meier, and Meier

                              /s/ Erica R. Mackey
                              Erica R. Mackey