IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

RANDY GAMEL-MEDLER            )
                              )
            PLAINTIFF,         )
                              )
                              )
v.                            )        Case No. CIV-17-830-HE
                              )
JONITA PAULS a/k/a            )
JONITA JACKS,                 )
JOEL PAULS,                   )
RENITA PAULS,                 )
MERADITH NORRIS,              )
RICK EDSALL,                  )
KENNY MEIER,                  )
TONY ALMAGUER, individually   )
and in his capacity as Sheriff )
of Blaine County,             )
DAVID ROBERTSON, individually )
and in his capacity as        )
Undersheriff of Blaine County )
                              )
            DEFENDANTS.        )

## **JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

The parties jointly move the Court to enter the accompanying Agreed Protective

Order Governing Confidential Information and Documents. This protective order

specifies the conditions under which private, sensitive, and/or legally confidential

documents and information in possession of the parties must be exchanged, used, and

protected in this litigation, and authorizes the parties to disclose that information in

response to discovery requests. This protective order is justified by Rule 26(c) of the

Federal Rules of Civil Procedure and relevant case law and is necessary in order for the

1

parties to obtain relevant and essential discovery. Prompt entry of this order authorizing the parties to disclose such records is necessary for the conduct of discovery in this action. The parties, therefore, respectfully request that the attached Agreed Protective Order Governing Confidential Information and Documents be adopted by order of the Court.

Respectfully submitted,

s/Erica R. Mackey
Erica R. Mackey
Douglas J Shelton
Shelton Walkley Mackey
7701 S. Western Ave., Suite 201
Oklahoma City, OK 73139
Telephone: 405-605-8800
Facsimile:  405-601-0677
emackey@sheltonlawok.com
dshelton@sheltonlawok.com
*Attorneys for Defendant Edsall*


s/ Mark Hammons
(*Signed by filing party with permission*)
Mark Hammons, OBA#3784
HAMMONS, GOWENS, HURST
& ASSOCIATES
325 Dean A McGee Ave.
Oklahoma City, Ok 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
cheri@hammonslaw.com
*Attorney for Plaintiff*

s/Stephen Geries
(*Signed by filing party with permission*)
Chris J. Collins, OBA #1800
Jamison C. Whitson, OBA #18490
Stephen L. Geries, OBA #19101
COLLINS, ZORN, & WAGNER, P.C.
429 N.E. 50th, Second Floor
Oklahoma City, OK 73105
Telephone: 405-524-2070
Facsimile:  405-524-2078
cjc@czwlaw.com
jcw@czwlaw.com
slg@czwlaw.com
*Attorneys for Defendants Almaguer and Robertson*

s/Stephen Jones
(*Signed by filing party with permission*)
Stephen Jones
Jones, Otjen, Davis & Bloyd
214-A North Independence
P.O. Box 472
Enid, OK 73702
Telephone:  580-242-5500
Facsimile:   580-242-4556
sjones@stephenjoneslaw.com
*Counsel for Defendants Pauls, Pauls, Pauls, Norris, Meier, and Meier*